United States District Court
Southern District of New York

| | |
|---|---|
| Brian K White,<br><br>    Plaintiff,<br>         v.<br><br>**Distokid**<br>34 3rd Ave # 183<br><br>New York, NY 10003-5504<br>~~Eunice Lloyd aka~~<br><br>**Eunice Rivers**<br>94 Grant Ave Apt 3r<br>Jersey city, NJ 07305<br><br>    Defendants. | Civil Action No.<br><br><br>Complaint for Copyright Infringement<br>DEMAND FOR JURY TRIAL |

COMPLAINT

Plaintiff alleges as follows:

## Factual Allegations

1. Plaintiff Brian K. White is a music producer, composer, studio engineer, videographer, and releases albums for artist and himself under the names Amir Beats, Brian Psalms, and Dj Coldblooded from his own label Pype Dreams Enterainment who also records people in his apartment at #3 370 Forrest street Jersey city, NJ 07304 and shoots his and artist's videos for his label Pype Dreams Entertainment

2. Eunice Rivers and Brian K White had an agreement for 50 50 for her album Eunice Rivers Here I am.

3. When Eunice Rivers failed to meet the obligations, Brian K White, deleted her album for a refund on December 7, 2021 and told her she cannot use the original " background music" Brian K White owns that was created at his apartment between 2020-2021 on his Dell I7 laptop not in audio or video.

4. Eunice Rivers boldly used his music by uploading it to distrokid, who Brian K White has already filed a complaint on and tried to black male him by filing a harassment lawsuit in retaliation for him deleting her album from Distrokid.

5. Brian K. White did not see the album until 3/10/2022, there's no exact time how long the album was illegallyup and available.

6. Furthermore, Distrokid claimed they owned the copyright to the album  CP 2021 2611963 Records Dk, Dk is short for Distrokid

7. Mr. White has serious mental health history, which Eunice Lloyd is aware of and was trying to trigure a relaspe in hopes to get Brian K White sent to a mental hospital. Eunice River's contacted Brian K White's mother Laverne Cavitt White, who is not in the best of health to ask if Brian K White is dangerous, after she knows all of Brian K White's history since as late as 2017.

8. The songs on the album where Brian K White owns the background music are Unwanted memories, Not gonna cry no more, Please! Please! Please!, Do You have some time, Here I am, Counting down to You, Highway slide, Teach me how to pray, He tried it

## Jurisdiction and Venue

9. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, et seq.

10 The Court has original subject matter jurisdiction over copyright claims pursuant to 28 U.S.C. § 1331 and 1338(a). This Court also has supplemental jurisdiction over Plaintiff's claims arising under state law under 28 U.S.C. § 1367, as those claims form part of the same case or controversy.

11. This Court has personal jurisdiction over Defendants because, among other things, Defendants are doing business in the New York and in this judicial district, and acts of infringement complained of herein occurred in the State of New York and in this judicial district.

12. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c) because the infringement occurred in this district, and each Defendant either resides in this district or has substantial and continuous ties to this district.

### First Claim for Relief
### Copyright Infringement – 17 U.S.C. §§ 106, et seq.
### (Direct, Contributory, Vicarious)
### (Against All Defendants)

13. Brian K White re-alleges the allegations in numbers 1-8

14. Brian K White is the sole owner of the copyright in an original work that is fixed in tangible media of expression. On March 29, 2021, the United States Copyright Office accepted an application for copyright registration for the original work, entitled Eunice that has a Effective registration date January 5, 2021. The copyright Registration number is PAu 4-070-068, Brian K White emailed his music to Eunice Rivers email address starting on dates 11/14/2020 - 4/8/2021 "ex 1"

15. Upon information and belief, Defendants have produced, reproduced, prepared derivative works based upon, distributed, and publicly displayed Mr. Brian K White protected work or derivatives of Brian K White protected work without his consent. Defendants' acts violate Brian K White's exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 501, including Brian K White's exclusive rights to produce, reproduce, and distribute copies of his work, to create derivative works, and to publicly display his work.

16. Because of Defendants' infringing acts, Brian K White is entitled to his actual damages and Defendant's profits attributable in an amount to be proved at trial and all other relief allowed under the Copyright Act.

17 Defendants' infringement has caused and is causing irreparable harm to Brian K White, for which he has no adequate remedy at law. Unless this Court restrains Defendants from infringing Brian K White's protected work, the harm will continue to occur in the future. Accordingly, Brian K White is entitled to preliminary and permanent injunction.

*et seq.*

and com

## PRAYER FOR RELIEF

Plaintiff Brian K White prays for judgment in his favor against Defendants

A) That Defendants' products and materials that infringe Brian K White's copyright,

as well as any other articles that contain or embody copies of Brian K. White's

original work, be impounded pursuant to 17 U.S.C. §. 503(a);

B) That Defendants' products and materials that infringe Brian K White's copyright,

as well as any other articles that contain or embody copies of Ms. Pope's

original work, be destroyed pursuant to 17 U.S.C. §. 503(b);

C) That Defendants be required to provide a full accounting to Brian K White for

all profits derived from their use of Eunice Rivers Here I am and their reproduction, and preparation of derivative works based on, distribution, production, and display of unauthorized Eunice Rivers Here I am works in all media, from all sources, worldwide;

D) That Defendants be ordered to pay Brian K White all damages, including future damages, that Brian K White has sustained or will sustain as a result of the acts complained of herein, and that Brian K White be awarded any profits derived by Defendants as a result of said acts, or as determined by said accounting;

E) That Defendants be ordered to pay to Brian K White punitive damages as a result of Defendants' deliberate and willful misconduct;

F) That Defendants be ordered to pay to Brian K White pre-judgment and post-judgment interest on all applicable damages for each copyright infringment

G) That Defendants be permanently enjoined from all further infringement of Eunice Rivers Here I am; and

H) Such other or further relief as the Court may deem proper.

DATED: 3/16/2022

_____
Brian K White plantiff

## DEMAND FOR JURY TRIAL

Plaintiff Brian K White hereby demands a jury trial pursuant to Federal Rule of Civil Procedure 38.

DATED: 3/16/2022

By _____
Brian K White
*Plaintiff*

Brian K White
Apt 3  370 Forest street
Jersey City, NJ 07304



exhibit 1