UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BRIAN K. WHITE,                                   :

                                                  :

                            Plaintiff,            :

                                                  :         ORDER OF SERVICE
                -v.-                              :
                                                  :         22 Civ. 2205 (VEC) (GWG)
DISTROKID; EUNICE LLOYD (also known as
Eunice Rivers),                                   :

                            Defendants.           :
------------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

Plaintiff Brian White, appearing pro se, brings this action under the Copyright Act, 17

U.S.C. §§ 101 et seq., alleging that Defendants violated his rights.  White has been granted

permission to proceed in forma pauperis ("IFP"), and thus is entitled to rely on the Court and the

U.S. Marshals Service to effect service.  Walker v. Schult, 717 F.3d. 119, 123 n.6 (2d Cir. 2013);

see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in

[IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the

plaintiff is authorized to proceed IFP).

This Court previously issued an order of service on March 25, 2022 (Docket # 5).  U.S.

Marshals were unable to serve defendant Distrokid as White had provided an address that was

not current.  See Marshal's Process Receipt and Return of Service Unexecuted, filed June 10,

2022 (Docket # 10).  White has provided the Court with an updated address for Distrokid: 1114

Avenue of the Americas, 36th Floor, New York, New York 10036.  To allow White to effect

service on Distrokid, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process

Receipt and Return form for Distrokid with this updated address.  The Clerk of Court is further

instructed to issue revised summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Distrokid.

SO ORDERED.

Dated:  New York, New York
            June 22, 2022

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge