UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BRIAN K. WHITE,
                                                            :
            Plaintiff,                     ORDER
                                                            :  22 Civ. 2205

        -v.-                                                :

DISTROKID, et al.,                                          :

            Defendants.                                     :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

Plaintiff purported to file a motion to amend on September 22, 2023 (one day after the deadline provided in Docket # 55). That motion was rejected by the Clerk's Office on October 6, 2023, as improperly filed. Inexplicably, plaintiff has not refiled the motion.

The Court issues this order to give plaintiff one final chance to file a motion to amend. By October 20, 2023, (a) the plaintiff shall file any motion to amend the complaint, and (b) the defendants shall file any motion to amend their answers to add cross-claims. If defendants seek to file any counterclaim, any motion to amend the answer to include a counterclaim shall be filed as follows: (1) if plaintiff timely files a motion to amend, within 21 days the disposition of that motion to amend; or (2) if plaintiff does not timely file a motion to amend, on or before November 13, 2023,

The deadlines in Docket # 55 otherwise remain in effect.

Dated:  New York, New York
        October 13, 2023

                                                    SO ORDERED:

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge