UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
BRIAN K. WHITE
                                                               :
         Plaintiff,                :  ORDER GRANTING APPLICATION
                                      FOR THE COURT TO SEEK
     -v.-                             VOLUNTEER COUNSEL
                                   :     22 Civ. 2205 (VEC) (GWG)

DISTROKID et al.,                  :

         Defendants.               :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

    The Court has reviewed Eunice Rivers' application for the court to request counsel (Docket # 110) in light of the standard articulated in Hodge v. Police Officers, 802 F.2d 58, 60 (2d Cir. 1986). Because Ms. Rivers does not appear able to afford an attorney and because of the potential complexity of factual and legal issues in this case, the Court grants the request. The Court directs the Clerk of the Court to seek pro bono counsel to volunteer to enter an appearance to represent Ms. Rivers for all remaining proceedings in this action.

    The Court advises Ms. Rivers that there is no guarantee that a volunteer attorney will be obtained. Also, the process of obtaining representation can be lengthy. Thus, some time may pass before Ms. Rivers is contacted by an attorney and Ms. Rivers may not be contacted at all. If she is contacted, Ms. Rivers should respond promptly to the attorney.

    In the meantime, the case will proceed with Ms. Rivers representing herself pro se. Thus all deadline remain in effect and the telephonic conference will take place on May 6, 2025, at 10:30 a.m. as stated in the Order dated February 27, 2025, even if Ms. Rivers does not have counsel at that time.

    Dated:  New York, New York
            March 6, 2025

                                            SO ORDERED:

                                            _____
                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge