UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN K. WHITE                                    :

            Plaintiff,                           :    <u>ORDER</u>

  -v.-                                              :
                                                               22 Civ. 2205 (VEC) (GWG)
DISTROKID et al.,                                 :

           Defendants.                       :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The remaining parties in this case are reminded that a telephonic Rule 16 conference is scheduled in this matter for May 6, 2025, at 10:30 a.m. per Docket ## 107 and 109. The required submission is due on May 2, 2025. The parties are encouraged to discuss settlement among themselves before the conference.

      SO ORDERED.

Dated: April 10, 2025
       New York, New York

                                                                  _____
                                                                  GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge