UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

BRIAN K. WHITE                                          :

                    Plaintiff,                          :        ORDER

          -v.-                                          :
                                                                 22 Civ. 2205 (VEC) (GWG)
DISTROKID et al.,                                      :

                    Defendants.                         :

-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

          A telephone conference to discuss Docket # 127 shall take place on Tuesday, July 22, 2025, at 12:00 noon.  Only counsel for plaintiff and Distrokid are required to appear at this conference.  If plaintiff wishes to respond in writing to Docket # 127, he may do so by letter filed on or before July 21, 2025.

          At the above date and time, the parties shall dial +1 646-453-4442 and use access code: 808 455 538#.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

          When addressing the Court, counsel must not use a speakerphone.

          Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

          SO ORDERED.

Dated: July 17, 2025
        New York, New York

                                                   _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge