USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/6/2025__

Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN WHITE,<br><br>　　Plaintiff,<br><br>v.<br><br>DISTROKID, LLC, et al.,<br><br>　　Defendants. | Case No. 22 **CIVIL** 2205 (VEC) (GWG)<br><br>~~[PROPOSED]~~ **JUDGMENT AS TO DEFENDANT EUNICE RIVERS** |

### ~~[PROPOSED]~~ JUDGMENT

It is hereby **ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered against Defendant Eunice Rivers a/k/a "Eunice Lloyd" in the above-captioned action on the claims asserted by Plaintiff Brian K. White. Plaintiff Brian K. White shall recover from Ms. Rivers $100.00.

Dated: New York, New York

　　　　__October 6__, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Judge, Presiding**