```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BRIAN K. WHITE,                                               :
                                                              :
                              Plaintiff,                      :
                                                              :
            -against-                                         :      22-CV-2205 (VEC) (GWG)
                                                              :
DISTROKID, LLC, KID DISTRO HOLDINGS,                          :      ORDER
LLC d/b/a DISTROKID, and EUNICE RIVERS                        :
a/k/a EUNICE LLOYD,                                           :
                                                              :
                              Defendants.                     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on December 12, 2023, Plaintiff filed an Amended Complaint in this action asserting claims against Distrokid, LLC, Kid Distro Holdings, LLC d/b/a Distrokid (collectively, "DistroKid") and Eunice Rivers, *see* Am. Compl., Dkt. 69;

   WHEREAS on June 24, 2024, Judge Gorenstein partially granted DistroKid's motion to dismiss, *see* Opinion & Order, Dkt. 90;

   WHEREAS on February 11, 2025, Judge Gorenstein granted DistroKid's motion for judgment on the pleadings, *see* Opinion & Order, Dkt. 106; and

   WHEREAS on October 2, 2025, Plaintiff notified the Court that he accepted an Offer of Judgment from Eunice Rivers pursuant to Rule 68 of the Federal Rules of Civil Procedure, *see* Dkts. 135–36;

2

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to enter judgment in favor of Defendants Distrokid, LLC and Kid Distro Holdings, LLC d/b/a Distrokid, terminate the open motion at Dkt. 123, and close this case.  Judgment against Defendant Eunice Rivers a/k/a Eunice Lloyd will be entered separately.

**SO ORDERED.**

Date:  October 6, 2025
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**