**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
BRIAN K. WHITE,

|  |  |
|---|---|
| Plaintiff, | 22 **CIVIL** 2205 (VEC) (GWG) |
| -against- | **JUDGMENT** |

DISTROKID, LLC, KID DISTRO HOLDINGS,
LLC d/b/a DISTROKID, and EUNICE RIVERS
a/k/a EUNICE LLOYD,

                             Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons

set forth in the Court's Order dated October 6, 2025, judgment is entered in favor of Defendants

Distrokid, LLC and Kid Distro Holdings, LLC d/b/a Distrokid; accordingly, this case is closed.

**Dated:**  New York, New York

      October 8, 2025

                                     **TAMMI M. HELLWIG**

                                  _____

                                      **Clerk of Court**

**BY:**                         

                                  _____

                                     **Deputy Clerk**